**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALAURA LEE HARTWELL,<br><br>            Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK,<br>FORMALLY DOING BUSINESS<br>AS SBMC MORTGAGE;<br>CALIFORNIA RECONVEYANCE<br>COMPANY; AND DOES 1<br>THROUGH 50 INCLUSIVE,<br><br>            Defendants. | Case No. EDCV 11-01402 VAP<br>(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: October 19, 2011      _____
                                    VIRGINIA A. PHILLIPS
                              United States District Judge