**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALAURA LEE HARTWELL,<br><br>           Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK,<br>FORMALLY DOING BUSINESS<br>AS SBMC MORTGAGE;<br>CALIFORNIA RECONVEYANCE<br>COMPANY; AND DOES 1<br>THROUGH 50 INCLUSIVE,<br><br>           Defendants. | Case No. EDCV 11-01402 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>October 19, 2011</u>                    _/s/ Virginia A. Phillips_
                                       VIRGINIA A. PHILLIPS
                                       United States District Judge